## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Benjamin Andrew Sandry, | Civil No. 11-3589 (RHK/AJB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Michael J. Astrue, Commissioner of Social Security, | |
| Defendant. | |

This matter is venued in the Sixth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated:  December 14, 2011

                                                            s/Richard H. Kyle
                                                            RICHARD H. KYLE
                                                            United States District Judge