## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Benjamin Andrew Sandry, | Civil No. 11-3589 (RHK/AJB) |
| Plaintiff, | **ORDER** |
| v. | |
| Carolyn W. Colvin, Acting Commissioner of Social Security, | |
| Defendant. | |

---

Based upon the February 27, 2013, Report and Recommendation of Chief Magistrate Judge Arthur J. Boylan, and all the files and records herein, and no objections having been filed to said Report and Recommendation, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 25) is **ADOPTED**;

2. Plaintiff's Motion for Summary Judgment (Doc. No. 18) is **DENIED;** and

3. Defendant's Motion for Summary Judgment (Doc. No. 20) is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  March 28, 2013

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
