# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Benjamin Andrew Sandry,　　　　　　　　　　Civil No. 11-3589 (RHK/AJB)

　　　　　　Plaintiff,　　　　　　　　　　　　**ORDER**

v.

Carolyn W. Colvin, Acting Commissioner of
Social Security,

　　　　　　Defendant.

---

　　　　Based upon the February 27, 2013, Report and Recommendation of Chief Magistrate Judge Arthur J. Boylan, and all the files and records herein, and no objections having been filed to said Report and Recommendation, **IT IS ORDERED**:

　　1. The Report and Recommendation (Doc. No. 25) is **ADOPTED**;

　　2. Plaintiff's Motion for Summary Judgment (Doc. No. 18) is **DENIED;** and

　　3. Defendant's Motion for Summary Judgment (Doc. No. 20) is **GRANTED**.

　　**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 28, 2013

　　　　　　　　　　　　　　　　　　　　s/Richard H. Kyle
　　　　　　　　　　　　　　　　　　　　RICHARD H. KYLE
　　　　　　　　　　　　　　　　　　　　United States District Judge